**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ORIX FINANCIAL SERVICES, INC.** § | | |
| **F/K/A ORIX CREDIT ALLIANCE, INC.** § | | **PLAINTIFF** |
| § | | |
| **v.** § | | **CAUSE NO. 1:05CV293** |
| § | | |
| **HAROLD E. SIMMONS** § | | **DEFENDANT** |

### JUDGMENT

THIS CAUSE came on for consideration of the Plaintiff's Motion for Summary Judgment [6] against Harold E. Simmons, the issues having been duly heard and considered and a decision having been duly rendered in the form of a Memorandum Opinion and Order Granting Plaintiff's Motion for Summary Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the Plaintiff, ORIX Financial Services, Inc. shall recover of the Defendant the sum of $272,026.49 in contractual damages.

**IT IS FURTHER ORDERED AND ADJUDGED,** that the Plaintiff, ORIX Financial Services, Inc., shall recover of the Defendant the sum of $3,701.87 in attorney's fees.

**IT IS FURTHER ORDERED AND ADJUDGED,** that the Plaintiff shall recover of the Defendant the total sum of $275,728.36, with interest thereon at the rate of 4.23 percent as provided by law.

**IT IS FURTHER ORDERED AND ADJUDGED** that execution or other appropriate process may issue for collection of this judgment.

**SO ORDERED AND ADJUDGED** this the 10th day of February, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE